U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 0 4 2006

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| -vs- | CIVIL ACTION NO. 01–CR–10012-002 |
| CHRISTOPHER M. BROWN | JUDGE LITTLE |

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that the motion to vacate, set aside or correct sentence filed by *pro se* Plaintiff Christopher M. Brown ("Brown") pursuant to 28 U.S.C. § 2255 be denied and dismissed with prejudice. Brown has timely filed an objection to the magistrate's report.[1] After full record review, the court adopts the reasoning and conclusion of the magistrate. Brown's motion is DENIED AND DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

3 January 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).