RECEIVED
IN ALEXANDRIA, LA.
DEC 0 2 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA                CRIMINAL ACTION
                                        NO. CV01-10012-02

VERSUS

                                        JUDGE DEE D. DRELL
CHRISTOPHER MICHAEL BROWN               MAGISTRATE JUDGE JAMES D. KIRK

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Brown's Rule 52(b) motion to modify and vacate fine (Doc. 498) is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of December, 2009.

                                        DEE D. DRELL
                                        UNITED STATES DISTRICT JUDGE