UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:01-cr-10012 |
| -vs- | JUDGE DRELL |
| CHRISTOPHER MICHAEL BROWN (02) | MAGISTRATE JUDGE PEREZ-MONTES |

### O R D E R

The request by Mr. Brown has been handled and the current motion (Doc. 776) is DENIED as Moot.

THUS DONE AND SIGNED at Alexandria, Louisiana this 3rd day of February 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT